**99–215.   In re Adoption of Jane Doe.**

Summit App. No. 19017. Reported at 85 Ohio St.3d 1467, 709 N.E.2d 173. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**99–250.   Huntington Natl. Bank v. Metzenbaum.**

Cuyahoga App. No. 73723. Reported at 85 Ohio St.3d 1468, 709 N.E.2d 173. On motion for reconsideration. Motion denied.